1 | Kirk D. Williams
2 | 682 Plaza Avenue, Unit #A
Sacramento, CA 95815
3 | Telephone: (916) 349-5009
kirkdwilliams00@gmail.com

4 | Plaintiff in *Pro Se*

5 | MORGAN, LEWIS & BOCKIUS LLP
Kathy H. Gao, Bar No. 259019
6 | 300 South Grand Avenue
Twenty-Second Floor
7 | Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
8 | Fax:   +1.213.612.2501
kgao@morganlewis.com

9 |
Attorneys for Defendant
10 | WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KIRK D. WILLIAMS, | Case No. 2:20-cv-00518-JAM-EFB |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FRCP 41(A)(2); ORDER** |
| vs. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ENTIRE ACTION
PURSUANT TO FRCP 41(A)(2);
[PROPOSED] ORDER

DB2/ 39090575.1

**IT IS HEREBY STIPULATED** by and between Plaintiff Kirk D. Williams and Defendant Wells Fargo Bank, National Association that, pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims are dismissed in their entirety with prejudice as to Plaintiff himself and without prejudice as to absent class members.  Each party to bear his/its own attorneys' fees and costs.  This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 10, 2020                                   KIRK D. WILLIAMS

By   */s/ Kirk D. Williams*
KIRK D. WILLIAMS
Plaintiff in *Pro Se*

Dated:  June 10, 2020                                  MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
WELLS FARGO BANK, N.A.

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  June 10, 2020                                  MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
WELLS FARGO BANK, N.A.

## ORDER

After considering the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's claims are dismissed in their entirety with prejudice as to Plaintiff himself and without prejudice as to absent class members.  **IT IS SO ORDERED.**

Dated: June 10, 2020                                   /s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 39090575.1

2

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FRCP 41(A)(2); [PROPOSED] ORDER